Nicky Jatana (SBN 197682)
Catherine J. Coble (SBN 223461)
JACKSON LEWIS, LLP
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
e-mail: jatanan@jacksonlewis.com
e-mail: coblec@jacksonlewis.com

JS-6

Joseph A. Saccomano, Jr. (*Pro Hac Vice*)
JACKSON LEWIS, LLP
One North Broadway
White Plains, NY 10601-2329
Telephone: (914) 328-0404
Facsimile (914)328-0541
e-mail: saccomaj@jacksonlewis.com

Attorneys for Defendant
PRADA USA Corp. (erroneously sued and served as PRADA USA INC.)

Diane Berlin (SBN118402)
LAW OFFICES OF BERLIN & HENDERSON
11040 Santa Monica Blvd., Suite 480
Los Angeles, CA 90025
Telephone: (310) 442-7838
Facsimile: (310) 444-9693
e-mail: berlinlaw10@aol.com
Attorney for Plaintiff
CADE ALVAREZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADE ALVAREZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>PRADA USA INC., AND DOES 1-100, INCLUSIVE<br><br>        Defendants. | **CASE NO.: CV09-1918 PA (MANx)**<br><br>[Assigned to District Judge Percy Anderson]<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ACTION IN ITS ENTIRETY WITH PREJUDICE** |

1

1   Based on the Stipulation of the Parties and for good cause shown, **IT IS HEREBY**
2   **ORDERED** that the instant action is hereby dismissed with prejudice in its entirety.

5   DATE: October 19, 2009   _____
6   Honorable Percy Anderson
    Judge of the United States District Court
    Central District of California